# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Fletcher International, Ltd.                                    Bankruptcy Case No.: 12–12796–reg

Fletcher International, Ltd.

                            Plaintiff(s),

−against−                                                                        Adversary Proceeding No. 12–01915–reg

Robin Lee McMahonas Joint Official Liquidators for FIA Leveraged Fund
Roy Baileyas Joint Official Liquidators for FIA Leveraged Fund
FIA Leveraged Fund

                            Defendant(s)

## NOTICE OF PRE−TRIAL CONFERENCE FOR A REMOVED MATTER

On October 17, 2012, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre−trial conference for this adversary proceeding will be held on 12/20/12 at 09:45 AM in Courtroom Courtroom 523 (REG), One Bowling Green, New York, NY 10004.

Dated: October 19, 2012                                    /s/ Vito Genna

                                                                     *Clerk of the Court*