UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLETCHER INTERNATIONAL, LTD., | Chapter 11 |
| Plaintiff, | Case No.  12-12796 (REG) |
| v. | |
| ROBIN LEE MCMAHON AND ROY BAILEY as Joint Official Liquidators for FIA Leveraged Fund, and FIA LEVERAGED FUND, | Adv. Pro. No. 12-1915 |
| Defendants. | |

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that defendants FIA Leveraged Fund and its Joint Official Liquidators, Robin Lee McMahon and Roy Bailey, by their attorneys, Satterlee, Stephens, Burke & Burke LLP, hereby file, with the consent of Richard J. Davis, Esq., the Chapter 11 Trustee for Plaintiff, this Notice of Adjournment of the pre-trial conference in the above-captioned proceeding from February 20, 2014 at 9:45 a.m. to **June 19, 2014 at 9:45 a.m.**

Dated: New York, New York
       February 19, 2014

        Respectfully submitted,

        **SATTERLEE STEPHENS BURKE & BURKE LLP**

        By:     */s Timothy T. Brock*
              Timothy T. Brock
              Mario Aieta
              Justin E. Klein
        230 Park Avenue, Suite 1130
        New York, New York 10169
        (212) 818-9200
        tbrock@ssbb.com
        maieta@ssbb.com
        jeklein@ssbb.com

        *Counsel for FIA Leveraged Fund – in Official Liquidation
           and the Joint Official Liquidators*