1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 12-12796-reg; Adversary Case No. 12-01915-reg

5  - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7  FLETCHER INTERNATIONAL, LTD.,

8           Debtor.

9  - - - - - - - - - - - - - - - - - - - -x

10  FLETCHER INTERNATIONAL, LTD.,

11             Plaintiff,

12      -against-

13  FIA LEVERAGED FUND (In Liquidation), et al.

14             Defendants.

15  - - - - - - - - - - - - - - - - - - - -x

16             United States Bankruptcy Court

17             One Bowling Green

18             New York, New York

19

20             June 19, 2014

21             10:36 AM

22

23  B E F O R E:

24  HON. ROBERT E. GERBER

25  U.S. BANKRUPTCY JUDGE

1

2  Pre-Trial Conference

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  Transcribed by:  Sharona Shapiro

21  eScribers, LLC

22  700 West 192nd Street, Suite #607

23  New York, NY 10040

24  (973)406-2250

25  operations@escribers.net

1

2    A P P E A R A N C E S :

3

4    No appearances

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2            THE COURT:  Have seats, everybody.  I now have an
 3   empty courtroom.  Ms. Genna, my courtroom deputy, has called to
 4   my attention that we had one other matter on, Fletcher
 5   International, Ltd. v. FIA Leveraged Fund, a pre-trial
 6   conference.  Nobody is here.
 7            That action, as we discussed, preparing for today, was
 8   originally brought by the Young Conaway firm, which was counsel
 9   for FILB, and perhaps for Fletcher International, Ltd. as well.
10            I think what we should do, and what we will do, Genna,
11   is I'm going to have my chambers issue an order to show cause
12   as to why the case should not be dismissed for failure to
13   prosecute it.  And we'll provide for a certain period of time
14   for people to respond, but there's nothing further that we can
15   do today.
16            Okay.  We're adjourned for the day.
17         (Whereupon these proceedings were concluded at 10:37 AM)
18
19
20
21
22
23
24
25
```

1

2                                   **I N D E X**

3

4                              RULINGS

5                                                     Page       Line

6    Order to show cause as to why the case          4          10

7    should not be dismissed for failure

8    to prosecute

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                       C E R T I F I C A T I O N

3

4    I, Sharona Shapiro, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7               *Sharona Shapiro*

8

9    _____

10   SHARONA SHAPIRO

11   AAERT Certified Electronic Transcriber CET**D-492

12

13   eScribers

14   700 West 192nd Street, Suite #607

15   New York, NY 10040

16

17   Date:  June 22, 2014

18

19

20

21

22

23

24

25